ELIZABETH A. GOLDSTEIN, Respondent-Appellant, v. ALAN J. GOLD-STEIN, Appellant-Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.